✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:57 pm, Mar 27 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____R.M._____Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CASE NO. 24-749-ADC |
| | * | |
| **ZACKERY M. THomas,** | * | **FILED UNDER SEAL** |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| | ******* | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

Your affiant, Jenna Klausing, a Special Agent with the Federal Bureau of Investigation, being duly sworn, deposes and states as follows:

I.   **Introduction and Background**

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI"). As such I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent with the FBI and an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.   I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since October of 2019. I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics, violent incident crimes, search warrant applications, and various other crimes. Since March of 2020, I have been assigned to work in the

Baltimore Field Office, Annapolis Resident Agency, which investigates all federal criminal matters for Anne Arundel, Calvert, Charles, St. Mary's, Queen Anne's, and Kent counties, Maryland.

3.  I submit this Affidavit in support of a criminal complaint and an arrest warrant for Zackery THOMAS (hereinafter referred to as "THOMAS"). Based on the facts in this Affidavit, I respectfully submit that there is probable cause to believe that THOMAS committed the following offenses: 18 U.S.C. § 930 (Possession of firearms and dangerous weapons in Federal facilities); 18 U.S.C. § 113(a)(3) (Assault with a deadly weapon); and, 18 U.S.C. 1382 (Entering military, naval, or Coast Guard property).[1]

4.  This Affidavit is based upon my participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this Affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, it does not include all the facts that I have learned during

---

[1] **18 U.S.C. § 930**

(b) Whoever, with intent that a firearm or other dangerous weapon be used in the commission of a crime, knowingly possesses or causes to be present such firearm or dangerous weapon in a Federal facility, or attempts to do so, shall be fined under this title or imprisoned not more than 5 years, or both.

**18 U.S.C. § 113**

(a) Whoever, within the special maritime and territorial jurisdiction of the United States, is guilty of an assault shall be punished as follows:

(3) Assault with a dangerous weapon, with intent to do bodily harm, by a fine under this title or imprisonment for not more than ten years, or both.

**18 U.S. Code § 1382**

Whoever, within the jurisdiction of the United States, goes upon any military, naval, or Coast Guard reservation, post, fort, arsenal, yard, station, or installation, for any purpose prohibited by law or lawful regulation; [. . .]
Shall be fined under this title or imprisoned not more than six months, or both.

this investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. In making this Affidavit, I am relying only on the facts stated herein.

5. Information in this Affidavit does not always set forth my personal observations, but rather at times reflects information from reports, as well as information provided to me by other law enforcement agents who observed the events described and to whom I have spoken or whose reports I have read.

**II. Probable Cause**

6. On March 20, 2024, at approximately 4:11 p.m., Fort Meade Military Police Officers were dispatched to 2618 Faith Drive, Fort Meade, Maryland, for reports of an individual holding an AR-15 style rifle outside of the residence.[2]

7. Fort Meade Military Police Officers (FMMPO) observed a male carrying a green duffel bag near the residence. The bag appeared to have the butt stock of a rifle sticking out of the side of the bag. The male was later identified as THOMAS.[3]

8. THOMAS followed the verbal commands of FMMPO and was taken to the Fort George G. Meade Department of Emergency Services Office. After an initial interview with FMMPO officers, THOMAS was transported to Laurel Regional Medical Center, 7150 Contee Road, Laurel, MD, 20707, for a mental health evaluation.

---

[2] The residence is located on Fort Meade, a United States Army installation located within the District of Maryland, Northern Division.

[3] THOMAS is currently pending the following charges in Prince William County, Virginia, for a domestic violence incident which occurred on February 28, 2024, wherein he allegedly locked his significant other in a room, took her phone, and assaulted her: Assault on Family Member; Strangle another causing wounding or injury; Grand Larceny greater than $1000.00; Abduction: By force, etc. to deprive of liberty.

9. THOMAS is currently involuntarily held at the University of Maryland, Capital Region Medical Center, 901 Harry S Truman Drive, Largo, MD 20774, due to an initial diagnosis of schizophrenia by Laurel Regional Medical Center. Investigators have been informed that THOMAS is due to be released from that facility by the morning of Friday, March 29, 2024.

10. The investigation further identified THOMAS' brother, Ian Thomas (hereinafter referred to as "Ian"), as the individual with whom THOMAS interacted prior to the Military Police being contacted.

11. According to Ian, on March 20, 2024, THOMAS showed up unannounced to Ian's residence holding a green bag (pictured below) and accused Ian of stealing his money, his video games, and his pistol. Ian told THOMAS he did not have the items THOMAS was requesting.

12. Subsequent investigation including interviews with family members determined that THOMAS had used a dependent identification card to access the Fort Meade Installation. Family members told investigators that THOMAS possessed a dependent ID card for medical benefit purposes which would expire on his twenty-sixth birthday, that being October 25, 2024. THOMAS did not go to a medical facility during his time on the installation on March 20, 2024, and family members said it was not common for THOMAS to use medical facilities on Fort Meade.

13. According to Ian, he told THOMAS to leave his premises or Ian was going to call the police. The interaction then escalated, and THOMAS retrieved an AR-15 style rifle from a green duffel bag and began fumbling in the bag muttering what Ian believed was a reference to a rifle ammunition magazine. Ian recalls being confused and scared when he saw the rifle. He also recalls saying something like "where did you get this [rifle]?"

14. THOMAS stated he was not going to leave, so Ian immediately retreated into the residence, shut the door and called 9-1-1. At this time, THOMAS loaded the firearm (pictured below) by inserting a magazine into the chamber and racking the slide, in order to chamber a round into the weapon.

15. A neighbor who witnessed the event stated she observed THOMAS arrive at the residence and was acting erratically and furtively outside the residence. The neighbor saw THOMAS raise the hood of his jacket in what she thought was an effort to shield his face. THOMAS also appeared to be weary of being recorded on the Ring camera as he approached the residence.

16. After Ian retreated into the residence, she saw THOMAS point the weapon at the residence after THOMAS and Ian's interaction. When Military Police seized the weapon, it was loaded with one round of an unknown caliber size in the chamber. Below are screenshots from the security camera footage at 2618 Faith Drive, Fort Meade, MD, provided by Ian.



THOMAS loading the firearm with a magazine.



THOMAS racking the slide, loading the weapon.

17. On March 21, 2024, Ian contacted Special Agent Jeremy Jones at the Fort Meade Resident Agency Army Criminal Investigation Division, stating he was fearful for his life based on the interaction he had with THOMAS. Ian further detailed that he and THOMAS had a previous argument in February of 2024, wherein Ian told THOMAS that THOMAS was not welcome at his residence, and that if THOMAS arrived at Ian's residence, Ian would call the police. Ian stated in an interview with your affiant and Special Agent Jeremy Jones that he believed Ian came to his house to kill him that day. Furthermore, Ian believes that if, left to THOMAS's own devices, THOMAS would seek to commit acts of violence towards Ian.

18. Also, on March 21, 2024, THOMAS called Special Agent Jones from the hospital, requesting his property back (which was held at the Army Criminal Investigation Division because THOMAS could not take it with him to the hospital). THOMAS stated that he wanted the firearm back, but if he could not get it back that he "had others."

19. On March 22, 2024, investigators performed a consensual search of the residence THOMAS was living in, located in Prince William County, Virginia, and found an empty box which corresponds to the rifle seized on Ft. Meade on March 20, 2024. They also found packaging consistent with an M&P "Shield" .45 caliber pistol. Efforts to locate that pistol have been unsuccessful, but investigators are continuing efforts to locate that weapon.

### III. Conclusion

8. Based on the foregoing, I respectfully submit that there is probable cause to issue the requested criminal complaint and arrest warrant.

Respectfully Submitted,

**JENNA KLAUSING**
Digitally signed by JENNA KLAUSING
Date: 2024.03.27 13:56:12 -04'00'

Jenna Klausing, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this __27th_____ of March, 2024.

*A. David Copperthite*
Honorable A. David Copperthite
United States Magistrate Judge
District of Maryland

Type text here